JU**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **JESSICA REYNOLDS, Individually and on behalf of others similarly situated,** : | |
| Plaintiff, : | Case No. 2:24-CV-01422 |
| : | |
| v. : | Judge Algenon L. Marbley |
| : | |
| **AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,** : | Magistrate Judge Elizabeth P. Deavers |
| : | |
| Defendant. : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 31, 2025 Opinion and Order, the Court GRANTED the Motion to Transfer Venue. This action is TRANSFERRED to the United States District Court for the Northern District of Illinois.

**Date: March 31, 2025**         Richard W. Nagel, Clerk

                                                         s/Diane M. Stash
                                           Diane M. Stash/Deputy Clerk